# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Williams,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Falls Collection Service, agent of Financial Control Solutions, Inc.,<br><br>　　　　Defendant. | Civil No. 10-2295 (RHK/SRN)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to Notice of Dismissal filed by Plaintiff (Doc. No. 3), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on its merits, and without further costs to Plaintiff and his attorneys.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  October 15, 2010

　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　United States District Judge